## Case Information

DC-22-07599 | EDWIN ESPARZA , et al vs. WINNIPEG FLATBEDS LTD., et al

| | | |
|---|---|---|
| **Case Number** <br> DC-22-07599 | **Court** <br> 116th District Court | **Judicial Officer** <br> PARKER, TONYA |
| **File Date** <br> 07/06/2022 | **Case Type** <br> MOTOR VEHICLE ACCIDENT | **Case Status** <br> OPEN |

## Party

**PLAINTIFF**
ESPARZA , EDWIN

Active Attorneys ▼
Lead Attorney
BRAUS, DOMINIC M.V.
Retained

**PLAINTIFF**
GOMEZ , JENNIFER

Active Attorneys ▼
Lead Attorney
BRAUS, DOMINIC M.V.
Retained

**DEFENDANT**
WINNIPEG FLATBEDS LTD.

Active Attorneys ▼
Lead Attorney
PARKER, JORDAN M
Retained

Attorney
PARKER, JORDAN M
Retained

DEFENDANT
SUKHPREET , SINGH

Active Attorneys ▼
Lead Attorney
PARKER, JORDAN M
Retained

Attorney
PARKER, JORDAN M
Retained

## Events and Hearings

07/06/2022 NEW CASE FILED (OCA) - CIVIL

07/06/2022 ORIGINAL PETITION ▼

ORIGINAL PETITION

08/02/2022 REQUEST FOR SERVICE ▼

REQUEST FOR SERVICE

08/05/2022 ISSUE CITATION ▼

ISSUE CITATION - WINNIPEG FLATBEDS LTD. -JEFFREY FULTZ

ISSUE CITATION - SINGH SUKHPREET

08/05/2022 ISSUE CITATION COMM OF INS OR SOS ▼

ISSUE CITATION COMM OF INS OR SOS - WINNIPEG FLATBEDS LTD.

Comment
NEED ADDITIONAL $8.00 FOR ISSUANCE OF 2ND CITATION TO TX TRANSPORTATION

08/13/2022 CITATION ▼

Served
09/01/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
09/12/2022
Comment
WINNIPEG FLATBEDS LTD

08/16/2022 CORRESPONDENCE - LETTER TO FILE ▾

REQUEST FOR SERVICE

   Comment
   payment

08/16/2022 CITATION SOS/COI/COH/HAG ▾

Served
08/24/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
09/01/2022
Comment
WINNIPEG FLATBEDS LTD.

08/18/2022 CITATION SOS/COI/COH/HAG ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Served
08/24/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
09/01/2022
Comment
SINGH SUKHPREET

09/01/2022 RETURN OF SERVICE ▼

EXECUTED CITATION (COH) - WINNIPEG FLATBEDS LTD

Comment
EXECUTED CITATION (COH) - WINNIPEG FLATBEDS LTD

09/01/2022 RETURN OF SERVICE ▼

EXECUTED CITATION (COH) - SINGH SUKHPREET

Comment
EXECUTED CITATION (COH) - SINGH SUKHPREET

09/12/2022 RETURN OF SERVICE ▼

EXECUTED CITATION - WINNIPEG FLATBEDS LTD

Comment
EXECUTED CITATION - WINNIPEG FLATBEDS LTD

09/16/2022 ORIGINAL ANSWER - GENERAL DENIAL ▼

ORIGINAL ANSWER

09/16/2022 ORIGINAL ANSWER - GENERAL DENIAL ▼

ORIGINAL ANSWER

10/25/2022 Scheduling Conference ▼

116 Sched Conf

Judicial Officer(s)
PARKER, TONYA, PARKER, TONYA

Hearing Time
8:45 AM

## Financial

ESPARZA , EDWIN
    Total Financial Assessment                                        $382.00

| | | | | |
|---|---|---|---|---:|
| | Total Payments and Credits | | | $382.00 |
| 7/11/2022 | Transaction Assessment | | | $350.00 |
| 7/11/2022 | CREDIT CARD - TEXFILE (DC) | Receipt # 41489-2022-DCLK | ESPARZA , EDWIN | ($213.00) |
| 7/11/2022 | STATE CREDIT | | | ($137.00) |
| 8/5/2022 | Transaction Assessment | | | $24.00 |
| 8/5/2022 | CREDIT CARD - TEXFILE (DC) | Receipt # 47823-2022-DCLK | ESPARZA , EDWIN | ($24.00) |
| 8/18/2022 | Transaction Assessment | | | $8.00 |
| 8/18/2022 | CREDIT CARD - TEXFILE (DC) | Receipt # 51371-2022-DCLK | ESPARZA , EDWIN | ($8.00) |

## Documents

ORIGINAL PETITION

REQUEST FOR SERVICE

ISSUE CITATION - WINNIPEG FLATBEDS LTD. -JEFFREY FULTZ

ISSUE CITATION COMM OF INS OR SOS - WINNIPEG FLATBEDS LTD.

REQUEST FOR SERVICE

ISSUE CITATION - SINGH SUKHPREET

EXECUTED CITATION (COH) - WINNIPEG FLATBEDS LTD

EXECUTED CITATION (COH) - SINGH SUKHPREET

EXECUTED CITATION - WINNIPEG FLATBEDS LTD

ORIGINAL ANSWER

ORIGINAL ANSWER

116 Sched Conf